**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

ALONZO M. HOYE                                                                                           PLAINTIFF

V.                                                                                                   NO. 4:06CV41-M-B

DR. JOHN BEARRY, et al.,                                                                            DEFENDANTS

### ORDER OVERRULING OBJECTIONS and ADOPTING REPORT AND RECOMMENDATION

The *pro se* Plaintiff, an inmate in the Mississippi State Penitentiary, alleges in this § 1983 complaint Dr. John Bearry stopped the medication Plaintiff needs and ordered other medical staff not to dispense the same. Following a *Spears* hearing, Magistrate Judge Eugene M. Bogen filed a Report and Recommendation on August 17, 2006, recommending dismissal of the claims for failure to state a claim upon which relief may be granted. On September 5, 2006, Plaintiff filed an Objection to the Report and Recommendation.

The court finds that Plaintiff's arguments are not well-taken and that the objections should be overruled for the reasons stated in the Report and Recommendation, which the court approves and adopts as its opinion.

THEREFORE, it is hereby ORDERED that

1) the Plaintiff's objections to the Report and Recommendation of the United States Magistrate Judge are OVERRULED;

2) the Report and Recommendation is APPROVED and ADOPTED as the opinion of this court; and

3) all claims are DISMISSED;

SO ORDERED, this the 11th day of September, 2006.

                                                            **/s/ Michael P. Mills**
                                                            **UNITED STATES DISTRICT JUDGE**